1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| GURU RAM DAS ACADEMY INC., | Case No.  1:16-cv-01906-AWI-SAB |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME |
| v. | |
| JOHN KERRY, et al., | (ECF No. 11) |
| Defendants. | FIVE DAY DEADLINE |

12

13

14

15

16

17    This action was filed on December 20, 2016 pursuant to the Administrative Procedures

18  Act, 5 U.S.C. §706 et. seq.  On February 28, 2017, Defendants filed a motion for an extension of

19  time to file a responsive pleading.

20    The Local Rules provide that all motions shall be noticed on the motion calendar of the

21  assigned judge and the responding party shall file an opposition or statement of non-opposition

22  fourteen days prior to the noticed hearing date.  L.R. 230(a)(b).  In this instance, Defendants state

23  that the motion is unopposed.  The Court will not require a noticed motion, but will require

24  Plaintiff to file an opposition or statement of non-opposition to the motion for an extension of

25  time.

26    Alternately, the Local Rules provide that an initial 28 day extension of time to respond to

27  the complaint may be filed without approval of the Court and all other extensions of time must

28  be approved by the court.  L.R. 144(a).  If the request for an extension of time is unopposed,

1

1  Defendants may withdraw the motion and the parties may file a stipulation which the Court will

2  approve upon receipt.

3          Based on the foregoing, IT IS HEREBY ORDERED that within five (5) days of the date

4  of entry of this order, Plaintiff shall file an opposition or statement of non-opposition to the

5  motion for an extension of time to file a responsive pleading.

6

7  IT IS SO ORDERED.

8  Dated:   **March 1, 2017**

                                                                        UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28