# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURU RAM DAS ACADEMY INC., | Case No. 1:16-cv-01906-AWI-SAB |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT |
| v. | |
| JOHN KERRY, et al., | (ECF Nos. 11, 13) |
| Defendants. | DEADLINE: May 1, 2017 |

This action was filed on December 20, 2016. On February 28, 2017, Defendants filed a motion for an extension of time to respond to the complaint. On March 2, 2017, Plaintiff filed a statement of non-opposition to the motion.

Accordingly, IT IS HEREBY ORDERED that Defendants' motion for an extension of time to respond to the complaint is GRANTED. Defendants shall file a responsive pleading on or before May 1, 2017.

IT IS SO ORDERED.

Dated:  **March 2, 2017**

UNITED STATES MAGISTRATE JUDGE

1