CHAD A. READLER
Acting Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, District Court Section, Office of Immigration Litigation
AARON S. GOLDSMITH
Senior Litigation Counsel
District Court Section, Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 532-4107
Aaron.Goldsmith@usdoj.gov

AUDREY BENISON HEMESATH
U.S. Attorney's Office
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2886
Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GURU RAM DAS ACADEMY, INC., | ) | 1:16-cv-01906-AWI-SAB |
| | ) | |
| Plaintiff, | ) | **Joint Stipulation and** |
| | ) | **Order Granting Extension of Time** |
| v. | ) | **to Respond to Amended Complaint** |
| | ) | |
| JOHN KERRY, Secretary of State | ) | |
| U.S. Department of State,[1] *et al*., | ) | |
| | ) | |
| Defendants. | ) | |

---

[1] On February 1, 2017, Rex Tillerson was sworn in as Secretary of State, automatically substituting for John Kerry, former Secretary, as a party in accordance with Federal Rule of Civil Procedure 25(d).

The Federal Defendants respectfully request a 30-day extension of time, to answer, plead, or otherwise respond to Plaintiff's Amended Complaint (until **June 2, 2017**) and that the status conference scheduled for **May 9, 2017,** be postponed to a date to be set by the Court.

In furtherance of this Joint Stipulation, Federal Defendants advise the Court as follows:

1. This action is under the Administrative Procedure Act. Plaintiff filed a petition with U.S. Citizenship and Immigration Services ("USCIS") to classify Kriti Arora as a religious worker as defined by 8 U.S.C. § 1101(a)(15)(R). Although this petition was granted by USCIS, the U.S. Department of State denied the visa application and returned the matter to USCIS.
2. Subsequently, USCIS issued a Notice of Intent to Deny ("NOID") providing Plaintiff with 33 days to provide additional evidence and supplement the record.
3. Plaintiff has now responded to the NOID, and USCIS is reviewing this response.
4. Plaintiff's counsel has indicated that if USCIS revokes the petition, he will amend the Amended Complaint accordingly.
5. The Federal Defendants' response to the Amended Complaint is currently due May 1, 2017, per the district court's order (Dkt. 14) granting the Federal Defendants a 60-day extension of time. Good cause exists for granting the Federal Defendants an additional 30 days (until June 2, 2017) to answer, plead, or otherwise respond to Plaintiff's Amended Complaint, given that there may be a change in the claims and nature of the case based on subsequent administrative developments.
6. In addition, good cause exists for postponing the status conference scheduled for May 9, 2017. Federal Defendants' counsel respectfully requests that the status conference not be scheduled the week of June 5-9 because he will be out of town that week.

WHEREFORE, Federal Defendants respectfully request that this Court grant a thirty-day extension of time, until June 2, 2017, to answer, plead, or otherwise respond to the Amended Complaint and that the status conference currently scheduled for May 9, 2017, be postponed as well.

Respectfully Submitted,

CHAD A. READLER
Acting Assistant Attorney
General, Civil Division

WILLIAM C. PEACHEY
Director
District Court Section

s/ Aaron S. Goldsmith
AARON S. GOLDSMITH
Senior Litigation Counsel
District Court Section

AUDREY BENISON HEMESATH
U.S. Attorney's Office

Attorneys for Defendants

s/ David M. Sturman
*signature by permission*

Attorney for Plaintiff

# ORDER

IT IS ORDERED, ADJUDGED, AND DECREED, that the Federal Defendants may have until **June 2, 2017,** to answer, plead, or otherwise respond to Plaintiff's Amended Complaint, and that the initial conference scheduled for **May 9, 2017,** will be postponed until July 25, 2017, at 10:45 a.m. before Magistrate Judge Stanley A. Boone. A joint scheduling report is due one week before the new conference date.

IT IS SO ORDERED.

Dated: __**April 24, 2017**__

UNITED STATES MAGISTRATE JUDGE