# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURU RAM DAS ACADEMY, INC.<br><br>Plaintiff<br><br>vs.<br><br>REX TILLERSON, et al.,<br><br>Defendants | Case No. 1:16-cv-01906-AWI-SAB<br><br>ORDER RE STIPULATION FOR PLAINTIFF TO FILE AMENDED COMPLAINT<br><br>(ECF No. 20) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff's second amended complaint is deemed filed May 30, 2017; and

2. Defendants shall file a responsive pleading on or before June 16, 2017.

IT IS SO ORDERED.

Dated: **May 31, 2017**

UNITED STATES MAGISTRATE JUDGE