# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURU RAM DAS ACADEMY, INC., | Case No. 1:16-cv-01906-AWI-SAB |
| Plaintiff, | ORDER REASSIGNING ACTION TO MAGISTRATE JUDGE |
| v. | |
| REX TILLERSON, et al., | |
| Defendants. | |

This action was filed on December 20, 2016. On July 10, 2017, and August 15, 2017, the parties filed forms consenting to the jurisdiction of a United States Magistrate Judge. (ECF Nos. 28, 33.) In light of the fact that the parties have voluntarily consented to have a Magistrate Judge conduct any and all further proceedings in the case, including the trial and entry of a final judgment, IT IS HEREBY ORDERED THAT:

1. This action is assigned to United States Magistrate Judge Stanley A. Boone for all purposes within the meaning of 28 U.S.C. § 636(c), to conduct any and all further proceedings in the case, including the trial and entry of final judgment;

///
///
///

1

2. The Clerk of the Court is directed to reassign this action in its entirety to United States Magistrate Judge Stanley A. Boone; and

3. The new case number shall be 1:16-cv-01906-SAB.

IT IS SO ORDERED.

Dated: August 16, 2017

_____
SENIOR DISTRICT JUDGE