# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURU RAM DAS ACADEMY, INC.<br><br>Plaintiff<br><br>vs.<br><br>JOHN KERRY, et al.,<br><br>Defendants | Case No. 1:16-cv-01906-SAB<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AS UNNECESSARY<br><br>(ECF No. 41) |

On October 11, 2017, Plaintiff Guru Ram Das Academy, Inc. filed a request for telephonic appearance. In the order setting the case management conference, the parties were advised of the procedure to appear telephonically in this action. (Order Setting Mandatory Scheduling Conference 3:3-7, ECF No. 4.) Further, the parties were "directed to the Court's website at www.caed.uscourts.gov under Judges; Boone (SAB); Standard Information (in the area entitled "Case Management Procedures") for specific information regarding Chambers' procedures. Information about law and motion, scheduling conferences, telephonic appearances, and discovery disputes is provided at this link." (Id. at 6:27-7:2.)

In the "Standard Information" link the procedures for telephonic appearances are set forth. To request a telephonic appearance the party is directed to "Please notify the Courtroom Deputy Clerk if one or more attorneys will be appearing telephonically, so that a notation can be placed on the court calendar. The Courtroom Clerk will provide counsel with the toll-free teleconference number of (877) 336-1280 and the teleconference code for call." (Judge Boone's Courtroom Procedures ¶ 5.)

Based on the foregoing, Plaintiff's request to appear telephonically is HEREBY DENIED as unnecessary and counsel is directed to contact the courtroom deputy to arrange for a telephonic appearance.

IT IS SO ORDERED.

Dated: **October 11, 2017**

UNITED STATES MAGISTRATE JUDGE