# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURU RAM DAS ACADEMY INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN KERRY, et al., <br><br> Defendants. | Case No. 1:16-cv-01906-AWI-SAB <br><br> ORDER VACATING NOVEMBER 1, 2017 HEARING |

On August 16, 2017, the parties to this action filed cross motions for summary judgment that are set for oral argument on November 1, 2017, at 10:00 a.m. before the undersigned. The Court, having reviewed the record, finds these matters suitable for decision without oral argument. See Local Rule 230(g). Accordingly, the previously scheduled hearing set on November 1, 2017, at 10:00 a.m. in Courtroom 9 is HEREBY VACATED vacated and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated: **October 26, 2017**

UNITED STATES MAGISTRATE JUDGE

1